McGREGOR SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAHIM MAHBOOB,<br><br>Defendants. | CASE NO. 2:17-CR-00213 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: January 5, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on January 5, 2018.

2. By this stipulation, defendant Rahim Mahboob, through his counsel of record, now moves to continue the status conference until February 23, 2018, and to exclude time between January 5, 2018, and February 23, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The United States has represented that the discovery associated with this case includes will include, collectively, investigative reports, electronic discovery obtained from the search of various electronic devices, records from the California Department of Motor Vehicles, and records from telephone providers and banks. The parties have executed a protective order to govern discovery in this case, which is being submitted to the Court, and anticipate that discovery will be produced shortly upon entry of the protective order by the Court.

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1

b) Counsel for the defendant desires additional time to consult with the defendant, to review the current charges, to conduct investigation and research related to the charges, to discuss potential resolutions with the defendant, to prepare pretrial motions, and to otherwise prepare for trial. Counsel will also need time to review discovery upon its receipt.

c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The United States does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 5, 2018 to February 23, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 3, 2018							McGREGOR SCOTT
									United States Attorney

									*/s/ Todd A. Pickles*
									TODD A. PICKLES
									ROSANNE L. RUST
									Assistant United States Attorneys

Dated: January 3, 2018							*/s/ Todd A. Pickles for*
									THOMAS JOHNSON, ESQ.
									KRISTY KELLOGG, ESQ.
									Counsel for Defendant
									RAHIM MAHBOOB

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 3, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge