| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TODD A. PICKLES<br>ROSANNE L. RUST |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 2:17-CR-00213 GEB |
| | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| | v. | |
| RAHIM MAHBOOB, | | DATE: August 24, 2018<br>TIME: 9:00 a.m. |
| | Defendants. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on August 24, 2018.

2. By this stipulation, defendant Rahim Mahboob, through his counsel of record, now moves to continue the status conference until October 19, 2018, and to exclude time between August 24, 2018, and October 19, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The United States has represented that the discovery associated with this case includes collectively, investigative reports, electronic discovery obtained from the search of various electronic devices, records from the California Department of Motor Vehicles, and records from telephone providers and banks which is subject to a protective order. To date, the United States has produced over 3,000 pages of documents, as well as over a dozen audio recordings, some of which are in a foreign language. The United States continues to investigate the case and will produce evidence

obtained through its ongoing investigation.

  b) Counsel for the defendant desires additional time to review discovery, consult with his client, to conduct investigation and research related to the charges, to prepare pretrial motions, and to otherwise prepare for trial. Additionally, the United States has provided to counsel for the defendant a plea agreement that will expire on October 18, 2018, absent further written extension. Counsel needs time to review the agreement with his client and to conduct any research or fact investigation with respect to trial that may be identified based on the plea agreement.

  c) Further, counsel for defendant represents that his client has been diagnosed with a treatable cardiopulmonary condition that limits his travel from Los Angeles, where the defendant is located, to Sacramento, where counsel is located. The defendant is receiving treatment for his condition but the condition has made consultation between counsel and his client more difficult.

  d) Counsel for the defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The United States does not object to the continuance. If the matter does not resolve on or before October 19, 2018, the United States will request that the matter be set for trial.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 24, 2018 to October 19, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 20, 2018                McGREGOR W. SCOTT
                                      United States Attorney

                                      */s/ Todd A. Pickles*
                                      TODD A. PICKLES
                                      ROSANNE L. RUST
                                      Assistant United States Attorneys

Dated: August 20, 2018                */s/ Thomas Johnson (as authorized on 8/20/2018)*
                                      THOMAS JOHNSON, ESQ.
                                      KRISTY HORTON, ESQ.
                                      Counsel for Defendant
                                      RAHIM MAHBOOB

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: August 23, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge