McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAHIM MAHBOOB,<br><br>                    Defendant. | CASE NO. 2:17-CR-00213 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: August 24, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for status on October 19, 2018.

2.  By this stipulation, defendant Rahim Mahboob, through his counsel of record, now moves to continue the status conference until November 16, 2018, and to exclude time between October 19, 2018, and November 16, 2018, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The United States has represented that the discovery associated with this case includes collectively, investigative reports, electronic discovery obtained from the search of various electronic devices, records from the California Department of Motor Vehicles, and records from telephone providers and banks which is subject to a protective order. To date, the United States has produced over 3,000 pages of documents, as well as over a dozen audio recordings, some of which are in a foreign language. The United States continues to investigate the case and will produce evidence

obtained through its ongoing investigation.

      b)     Counsel for the defendant desires additional time to review discovery, consult with his client, to conduct investigation and research related to the charges, to prepare pretrial motions, and to otherwise prepare for trial. Additionally, the United States provided to counsel for the defendant a plea agreement that has been extended to November 16, 2018. Counsel needs time to review the agreement with his client and to conduct any research or fact investigation with respect to trial that may be identified based on the plea agreement.

      c)     Further, counsel for defendant represents that his client has been diagnosed with a treatable cardiopulmonary condition that limits his travel from Los Angeles, where the defendant is located, to Sacramento, where counsel is located, and that the defendant recently had a cardiopulmonary incident that required a hospital visit. The defendant is receiving treatment for his condition but the condition has made consultation between counsel and his client more difficult.

      d)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The United States does not object to the continuance. If the matter does not resolve on or before November 16, 2018, the United States will request that the matter be set for trial.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 19, 2018 to November 16, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

       IT IS SO STIPULATED.

Dated: October 5, 2018         McGREGOR W. SCOTT
                                               United States Attorney

                                               */s/ Todd A. Pickles*
                                               TODD A. PICKLES
                                               ROSANNE L. RUST
                                               Assistant United States Attorneys

Dated: October 5, 2018         */s/ Thomas Johnson (as authorized on 8/20/2018)*
                                               THOMAS JOHNSON, ESQ.
                                               KRISTY HORTON, ESQ.
                                               Counsel for Defendant
                                               RAHIM MAHBOOB

## FINDINGS AND ORDER

       IT IS SO FOUND AND ORDERED.

Dated: October 10, 2018

                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge


                                          THE HONORABLE GARLAND E. BURRELL, JR.
                                          UNITED STATES DISTRICT JUDGE