THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 442-4022

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00213 |
| Plaintiff, | STIPULATION AND ORDER RETURN PASSPORT TO DEFENDANT AND TO ALLOW DEFENDANT TO TRAVEL |
| vs. | |
| RAHIM MAHBOOB. | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES** that the passport of Defendant, Rahim Mahboob, be returned to him, so he may travel to Puerto Vallarta, Mexico to attend a family wedding from September 29, 2021, to October 3, 2021.  Mr. Mahboob is on supervised release and his Probation Officer does not object to the travel.  Also attached to this stipulation is a letter (with PII redacted) the defendant received from the Probation Office, indicating that the return of Mr. Mahboob's passport is not objectionable.

**IT IS SO STIPULATED.**

DATED:  August 23, 2021                    By:    /s/ Thomas A. Johnson
                                                  THOMAS A. JOHNSON
                                                  Attorney for Rahim Mahboob


DATED:  August 23, 2021

                                           By:    /s/ Rosanne Rust
                                                  ROSANNE RUST
                                                  Assistant United States Attorney


## <u>ORDER</u>

IT IS HEREBY ORDERED that the Defendant, Rahim Mahboob, have his passport returned, so he may travel to Puerto Vallarta, Mexico from September 29, 2021 to October 3, 2021. It is further ordered that the Clerk of the District Court return Rahim Mahboob's passport. The passport is to be picked up by an employee of the Law Office of Thomas A. Johnson, (916)442-4022.

Dated:  August 23, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE